BEFORE THE FIRST DIVISION, APRIL 8, 1968

**No. P68/195.**—Border Brokerage Co., Inc. *v.* United States, protests 66/57280, etc. (Seattle).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Elastomuffles similar in all material respects to those the subject of *Border Brokerage Company, Inc.* v. *United States* (58 Cust. Ct. 240, C.D. 2948), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, APRIL 8, 1968

**No. P68/196.**—Hanken Imports and Harper, Robinson & Co. *v.* United States, protests 64/23417 and 65/13929 (Seattle).

FORD, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.